Dismissed and Memorandum Opinion filed May 22, 2008








Dismissed
and Memorandum Opinion filed May 22, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00161-CV

____________

 

TONIA YVONNE SCURRY,
Appellant

 

V.

 

FLOYD DAVID SCURRY,
Appellee

 



 

On Appeal from the 164th District
Court

Harris County, Texas

Trial Court Cause No.
2007-30189

 



 

M E M O R
A N D U M   O P I N I O N

This  is
an appeal from a judgment signed December 3, 2007.  








The
court was advised that the trial judge granted appellant=s motion for new trial by order
signed March 10, 2008.  On April 28, 2008, this court issued a letter to the
parties, advising them that the court would dismiss the appeal for lack of
jurisdiction unless a response was filed on or before May 8, 2008 demonstrating
that this court has jurisdiction over the appeal.  No response was received. 
Because a motion for new trial has been granted, there is no longer a final,
appealable judgment and this court has no jurisdiction.   

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed May 22,
2008.

Panel consists of Justices Yates, Anderson, and Brown.